TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-00-00500-CV






Steve Wimberly, Individually and d/b/a Erection Company and 


300 Baylor, Inc., Appellants



v.



Fritz, Byrne & Head, L.L.P., Appellee






FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY


NO. 248,886, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING






 This Court issued an opinion and judgment in this cause on July 26, 2001. The
appellee's motion for rehearing was overruled on September 13, 2001. The mandate has not yet
issued.

 On November 29, 2001, the parties filed a joint motion to dismiss the cause. The
parties have informed this Court that they have settled their dispute. They request that this Court
dismiss the suit, with prejudice, and tax the costs of suit against the party incurring the same. We
will grant the parties' request to dismiss the cause. We withdraw the judgment of this Court dated
July 26, 2001. The appeal is dismissed with prejudice.



 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Joint Motion

Filed: December 6, 2001

Do Not Publish